**Electronically Filed**
**Supreme Court**
**SCWC-16-0000766**
**17-MAY-2017**
**08:05 AM**

SCWC-16-0000766

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GABI KIM COLLINS,
Petitioner/Plaintiff-Appellant,

vs.

THE ASSOCIATION OF APARTMENT OWNERS OF KEMOO BY THE LAKE;
EKIMOTO & MORRIS, LLLC; JOHN DOES 1-100; JANE DOES 1-100;
DOE PARTNERSHIPS 1-100; AND DOE CORPORATIONS 1-100,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000766; CIV. NO. 13-1-2513-09)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on April

3, 2017, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 17, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

